[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 147.]

THE STATE EX REL. WOODRUFF, APPELLANT, *v.* UNITED PARCEL SERVICE ET AL., APPELLEES.

[Cite as *State ex rel. Woodruff v. United Parcel Serv.*, 1998-Ohio-140.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-143—Submitted July 15, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD02-227.

_____

*Barkan & Neff Co., L.P.A.*, and *Robert E. DeRose*, for appellant.

*Millisor & Nobil, Preston J. Garvin* and *Sara L. Rose*, for appellee United Parcel Service.

*Betty D. Montgomery*, Attorney General, and *William J. McDonald*, Assistant Attorney General, for appellee Industrial Commission.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____